IN THE DISTRICT COURT OF THE DISTRICT OF DISTRICT OF COLUMBIA

**FILED**

**MAY – 5 2017**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RONALD C. WILLIAMS,

11226 Tradition View Drive

Charlotte, NC 28269

        Plaintiff,

    v.               **COMPLAINT**

ELECTION ASSISTANCE COMMISSION.

1335 East West Highway

Silver Springs, MD 20910

        Defendant.

Case: 1:17-cv-00856    (F Deck)
Assigned To : Mehta, Amit P.
Assign. Date : 5/5/2017
Description: Pro Se Gen. Civil

1 Plaintiff is a citizen and resident of Charlotte, NC.

2 Defendant is an independent agency of the United States government charged with creating and maintaining election systems and enforcing them by certifying and decertifying them.

3 On November 8, 2016, there was a general election for president and vice-president.

## WINNER-TAKE-ALL

4 NC has 15 Electoral votes. NC and other states do not vote directly for president and vice president. Rather, voters cast popular votes which are converted to Electoral votes which are cast in the Electoral College. Since the 1880s, NC and 44 other states have selected their electors by the "winner-take-all" method which means that whoever wins the state's *popular vote plurality* wins *all* of the 15 Electoral votes rather each candidate getting his or her "pro rata" share. The electors' names do not appear on the ballot, rather the names of the candidates for each party's president and vice-resident appear.

5 Each political party nominates 15 electors. Their names do not appear on the ballot. Rather the names of the candidates for president and vice-president appear.

6 On November 8, 2016 there was a national general election for president and vice-president. Each state held its own separate election. Donald J. Trump "Trump" won 49.83% and Hillary Clinton "Hillary" won 46.17% of NC's 15 *popular* votes. Under the "winner-take-all" method Trump got all of NC's votes and Hillary got zero.

7 The government (a) took the popular votes of all citizens who had voted for Hillary, (b) gave them to her opponent, Trump, (c) against whom each such citizen had voted and used them against her in NC and other states to win the presidency even more than 2.8 million citizens voted for Hillary than voted for Trump. The government did not take any votes from citizens who voted for Trump and give them to anyone, and Trump was able to vote all 15 Electoral votes from NC and other states to in the Electoral College.

**RECEIVED**

**MAY – 5 2017**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

8 The "winner-take-all" method violates the "equal protection of the laws" clause of the 14th Amendment with respect to Hillary and each and every citizen who voted for her.

## VOTE INEQUITY

9 Each state is assigned one Electoral vote for each representative to the US House and one for each senator except the District of Columbia is assigned 3. Only Electoral votes are cast for President and vice-president in the Electoral College.

10 CA had 39 million population with a 57.8% popular voter turnout in 2016 (numbers are approximate) and 55 Electoral votes or 22,542,000 popular votes cast divided by 55 Electoral votes equals 410,000 popular votes to "exchange" for each Electoral vote.

11 WY had a population of 585,000 with a 60% popular voter turnout in 2016 and 3 Electoral votes which means it took only 116,000 WY popular votes to "exchange" for each Electoral vote.

12 So each WY popular vote was worth 3.5 each CA popular votes. Not "equal protection of the laws"

## REMEDY

13 The present electoral system cannot be tweaked or adjusted to meet the 14th Amendment's "equal protection of the laws" mandate.

14 There is one system to correct the Constitutional problems posed by the "winner-take-all" and by the "vote inequity" discussed above without violating any other part of the Constitution. It's the "pro rata" system of converting popular votes to Electoral votes. The Constitution doe not prohibit the splitting of Electoral votes in order to comply with the 14th amendment's "equal protection of laws" mandate. Each candidate is assigned Electoral votes at a percentage equal to the percentage each candidate received in the popular vote in each state. Hillary got 46.17% of the NC popular vote and should be awarded 46.17% of NC's 15 Electoral votes or 6.926 Electoral votes to be used by her in the Electoral College. Trump got 49.83% of the NC popular vote and should be awarded 49.83% of the 15 NC Electoral votes or 7.475 Electoral votes to be voted in the Electoral College.

Wherefore plaintiff asks this Court to declare both the "winner-take-all" and the "voter inequity" methods of dividing and converting popular votes to Electoral votes unconstitutional, order that the results of the 2016 election are null and void ab initio, order that the Election Assistance Commission recalculate the November 8, 2016 election votes in accordance with the "pro rata" method, order the Election Assistance Commission decertify all Election Systems except those using the pro rata system spelled out above or some other constitutional method.

Ronald C. Williams, pro se

11226 Tradition View Drive

Charlotte, NC 28269-1416

704-412-2432

roncwms@aol.com